CATHERINE L. CAMERON, Respondent, *v.* CORNELIUS CAMERON, Appellant.

(Argued February 15, 1932; decided March 3, 1932.)

*Sidney J. Loeb* and *John McLaren* for appellant.
*Paul Abbott* and *Sydney H. Harris* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ.  Not sitting: LEHMAN, J.